JOSHUA D. HURWIT  
UNITED STATES ATTORNEY  
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110  
ASSISTANT UNITED STATES ATTORNEY  
1290 W. MYRTLE STREET, SUITE 500  
BOISE, IDAHO 83702  
TELEPHONE: (208) 334-1211

U.S. COURTS

NOV 13 2024

Rcvd_____ Filed_____ Time_____  
STEPHEN W. KENYON  
CLERK, DISTRICT OF IDAHO

ORIGINAL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE J. ESTEP,<br><br>Defendant. | Case No. CR 24-0245-S BLW<br><br>**INDICTMENT**<br><br>18 U.S.C. § 922(a)(1)(A) |

The Grand Jury charges:

### COUNT ONE
### (Dealing Firearms Without a License)
### 18 U.S.C. § 922(a)(1)(A)

1. On or about October 10, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

**INDICTMENT—1**

## COUNT TWO
### (Dealing Firearms Without a License)
### 18 U.S.C. § 922(a)(1)(A)

2. On or about October 16, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

Dated this 13th day of November, 2024.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

_____
KATHERINE HORWITZ
Assistant United States Attorney

**INDICTMENT—2**