U.S. COURTS

DEC 10 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

ORIGINAL

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE J. ESTEP,<br><br>Defendant. | Case No. 24-CR-00245-BLW<br><br>**SUPERSEDING INDICTMENT**<br><br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 922(a)(6)<br>26 U.S.C. § 5861(d) |

The Grand Jury charges:

### COUNT ONE
### (Dealing Firearms Without a License)
### 18 U.S.C. § 922(a)(1)(A)

1. On or about October 10, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

## COUNT TWO
### (Dealing Firearms Without a License)
### 18 U.S.C. § 922(a)(1)(A)

2.  On or about October 16, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

## COUNTS THREE AND FOUR
### (False Statement During Purchase of a Firearm)
### 18 U.S.C. § 922(a)(6)

3.  On the following dates, in the District of Idaho, the defendant, LUKE J. ESTEP, in connection with the acquisition of the following firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant misrepresented that he was purchasing the firearm for himself when he intended to sell the firearm; specifically:

| Count | Date of Purchase | Licensed Dealer | Firearm Purchased |
|---|---|---|---|
| 3 | 5/30/2023 | iGuns | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008038 |
| | | | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008039 |
| | | | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008040 |
| | | | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008041 |
| | | | SCT, unknown model, 9mm frame lower, bearing serial number AAA0007345 |
| | | | SCT, unknown model, 9mm frame lower, bearing serial number AAA0007346 |

SUPERSEDING INDICTMENT—2

| Count | Date of Purchase | Licensed Dealer | Firearm Purchased |
|---|---|---|---|
| 4 | 12/1/2022 | Burning Bullet | Masterpiece Arms, Defender, 9mm pistol, bearing serial number FX40500 |

all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### (Possession of an Unregistered Silencer)
### 26 U.S.C. § 5861(d)

4. On or about November 14, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, knowingly possessed a firearm, a silencer bearing no serial number or manufacturer information, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

Dated this 10th day of December, 2024.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:


KATHERINE HORWITZ
Assistant United States Attorney

**SUPERSEDING INDICTMENT—3**