JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
KATHERINE L. HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211

U.S. COURTS

APR 0 8 2025

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-00245-BLW |
| Plaintiff, | **SECOND SUPERSEDING INDICTMENT** |
| vs. | 18 U.S.C. § 922(a)(1)(A) |
| LUKE J. ESTEP, | 18 U.S.C. § 922(a)(6) |
| | 26 U.S.C. § 5861(d) |
| Defendant. | 18 U.S.C. § 924(d) |
| | 26 U.S.C. § 5872 |
| | 28 U.S.C. § 2461(c) |

The Grand Jury charges:

### COUNT ONE
**(Dealing Firearms Without a License)**
**18 U.S.C. § 922(a)(1)(A)**

1.   On or about October 10, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

**SECOND SUPERSEDING INDICTMENT—1**

## COUNT TWO
### (Dealing Firearms Without a License)
### 18 U.S.C. § 922(a)(1)(A)

2. On or about October 16, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing, importing, and manufacturing firearms, in violation of Title 18 United States Code, Section 922(a)(1)(A).

## COUNTS THREE AND FOUR
### (False Statement During Purchase of a Firearm)
### 18 U.S.C. § 922(a)(6)

3. On the following dates, in the District of Idaho, the defendant, LUKE J. ESTEP, in connection with the acquisition of the following firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant misrepresented that he was purchasing the firearm for himself when he intended to sell the firearm; specifically:

| Count | Date of Purchase | Licensed Dealer | Firearm Purchased |
|---|---|---|---|
| 3 | 5/30/2023 | iGuns | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008038 |
|   |   |   | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008039 |
|   |   |   | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008040 |
|   |   |   | SCT, unknown model, 9mm frame lower, bearing serial number AAA0008041 |
|   |   |   | SCT, unknown model, 9mm frame lower, bearing serial number AAA0007345 |
|   |   |   | SCT, unknown model, 9mm frame lower, bearing serial number AAA0007346 |

**SECOND SUPERSEDING INDICTMENT—2**

| Count | Date of Purchase | Licensed Dealer | Firearm Purchased |
|---|---|---|---|
| 4 | 12/1/2022 | Burning Bullet | Masterpiece Arms, Defender, 9mm pistol, bearing serial number FX40500 |

all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
### (Possession of an Unregistered Silencer)
### 26 U.S.C. § 5861(d)

4. On or about November 14, 2024, in the District of Idaho, the defendant, LUKE J. ESTEP, knowingly possessed a firearm, a silencer bearing no serial number or manufacturer information, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## CRIMINAL FORFEITURE ALLEGATION
### Firearm Forfeiture
### 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)

5. Upon conviction of the offenses alleged herein, the defendant, LUKE J. ESTEP, shall forfeit to the United States, any firearms or ammunition involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

i. Seized Personal Property.

    a. Two (2) Geisler 19x ported handguns bearing no serial number;

    b. Beretta, APX model, 9mm pistol, bearing serial number A194062X;

    c. 5.56 caliber rifle, bearing no serial number;

    d. Aero Precision, model M4E1, multi-caliber rifle, bearing serial number M4-0572837;

    e. Two (2) Daniel Defense upper receivers;

f. Century Arms, model Draco 9S, 9mm rifle, bearing serial number R0N2246434;

g. CZ model P-10 C, 9mm pistol, bearing serial number G160948;

h. Military Armament Corp, model MAC 9 DS, 9mm pistol, bearing serial number T0620-24DM00152;

i. Geisler, unknown model, 9x19mm pistol, bearing no serial number;

j. PW Arms, model EG 200, 12-gauge shotgun, bearing serial number 40-H21YT-002708;

k. Century Arms, model VSKA, 7.62x39mm caliber rifle, bearing serial number SV7108462;

l. Henry Repeating Arms, model H004, .22 caliber rifle, bearing serial number GB847566;

m. Howa, model 1500, 7.62x39mm caliber rifle, bearing serial number B696129;

n. Anderson MFG, model AM-15, multi-caliber rifle, bearing serial number 23111000;

o. Marlin, model 336, 35mm rifle, bearing serial number W16512;

p. Military Armament Corp., model MAC, 12-gauge shotgun bearing serial number 751-H24YT-4323;

q. Canik, model TTI Combat, 9x19mm pistol, bearing serial number T6472-24-CZ-13570;

**SECOND SUPERSEDING INDICTMENT—4**

r. SCT, model Combat 19, 9mm pistol bearing serial number AAA0016756;

s. Taurus, model TX, .22 caliber pistol, bearing serial number 1PT498638;

t. SCT, model Combat 19 Slide, 9mm pistol, bearing serial number AAA0016757;

u. Ruger, model 10-22, .22 caliber rifle, bearing serial number 0021-22763;

v. Silencer bearing no serial number or manufacturer identification; and

w. Various ammunition, firearm accessories, and firearm parts seized by law enforcement.

Dated this 8th day of April, 2025.

A TRUE BILL

*/s/ [signature on reverse]*

_____
FOREPERSON

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

_____
KATHERINE HORWITZ
Assistant United States Attorney

**SECOND SUPERSEDING INDICTMENT—5**